# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

137321

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES RICHARD REISS, II,
      Defendant-Appellant.

SC: 137321
COA: 269630
Macomb CC: 2004-003378-FH

_____/

      By order of May 29, 2009, the application for leave to appeal the May 29, 2008 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Flick* (Docket No. 138258) and *People v Lazarus* (Docket No. 138261). On order of the Court, the cases having been decided on July 27, 2010, 487 Mich ___ (2010), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

s0920

Clerk